No. 12–5228. ORTA-ROSARIO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5230. GARBUTT v. BRADT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–5231. WOGENSTAHL v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5232. ABEL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–5233. WILLIAMS v. CITY UNIVERSITY OF NEW YORK, BROOKLYN COLLEGE. C. A. 2d Cir. Certiorari denied.

No. 12–5235. ROMERO-CORONA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5236. SPURLOCK v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 12–5237. SHULICK v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–5238. SMITH v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 12–5239. DANG v. SOLAR TURBINES INC. C. A. 9th Cir. Certiorari denied.

No. 12–5241. CROSBY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–5242. DOUGLAS v. INGERSOLL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 12–5243. REED v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–5244. REILLY v. CAMPBELL. C. A. 11th Cir. Certiorari denied.

No. 12–5245. SMART v. WILSON, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.